# EXHIBIT 11



**From:** Stephen Shaw <SShaw@fortlauderdale.gov>
**Sent:** Wednesday, May 8, 2019 3:42 PM
**To:** Stewart Ahearn <SAhearn@fortlauderdale.gov>
**Cc:** Stephen Shaw <SShaw@fortlauderdale.gov>
**Subject:** Petit-Jeune - summary of EVOC evaluation (5/8/19)

Chief Ahearn,

My Team and I performed an NFPA 1002 cone course and road course for FF Petit-Jeune on 5/8/2019 at 1300 hours using RE35. We used the FAU parking lot near Commercial and NW 15 Ave for the cone course. The road course is detailed on the attached scanned document. Here is a summary from the evaluation:

(NOTE – FF Petit-Jeune never called for a backer during any part of the eval. He also was given use of the back-up camera.)

- Diminishing Clearance – FF Petit-Jeune hit 2 cones and was way over 18" away from the last cone. He drove rather fast through this portion of the eval.

- Alley Dock – FF Petit-Jeune backed into the last cone and dragged it several feet prior to stopping (again, the back up camera was available for him to use.)

- Serpentine – No backer

- Confined Space Turnaround – No backer

During the road course, Capt. Davis-Partridge stated that he almost collided with a passing motorcycle upon entering I-95.

The overall recommendation for FF Petit-Jeune is to be restricted from driving code 3 until he has exhibited safe driving techniques.

He should work as a 3rd on a 3-person Medical Rescue Unit (MRU) and drive code 1 as much as possible. The Fire Lieutenant should be given the NFPA 1002 document and set up the cone course at least once per shift to have FF Petit-Jeune become comfortable with navigating the MRU. Attached is also a copy of the NFPA 1002 document. This document lists the various exercises that we conduct as part of our EVOC evaluation. In addition to the daily training

1

conducted by the Station Officers, an additional training module should be conducted and entered into Target Solutions.

There is also the question of why he did not take it upon himself to prepare for this eval. If we was made aware that he had an upcoming EVOC course scheduled, should he have asked to train prior to today? Perhaps I am not privy to the entire story on this issue.

Please call me for any additional information.

Respectfully,

*Stephen F. Shaw, Jr. MBA, CTO, RN*
*Battalion Chief, Fort Lauderdale Fire Rescue*
*Training & Special Operations Bureau*
*O:(954) 828-3623*

2